IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-01872-RBJ

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BING PENG,

    Defendant.

---

### ORDER REASSIGNING MAGISTRATE JUDGE

---

This matter comes before the Court *sua sponte.* In light of the assignment of related cases to district judges, and with the approval of Chief Judge Wiley Y. Daniel, this Court requests that the Clerk of Court reassign this case from Magistrate Judge Craig B. Shaffer to Magistrate Judge Michael E. Hegarty.

DATED this 27th day of July, 2012.

BY THE COURT:

*[signature]*

R. Brooke Jackson
United States District Judge